
FILED

AUG 10 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| THE KORNER KLUB, INC., a Montana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GALLATIN COUNTY and MATT KELLEY, as Health Officer for the Gallatin City-County Health Department,<br><br>Defendants. | No. CV 17-36-BU-SEH<br><br>ORDER |

Pending before the Court is "Plaintiff's Motion to Stay with Brief in Support." Nothing in the motion indicates compliance with L.R. 7.1(c)(1). Additionally, Plaintiff has not filed a brief in support separate from the motion as required under L.R. 7.1(d)(1)(A).

ORDERED:

Plaintiff's Motion to Stay with Brief in Support[1] is DENIED without

---

[1] Doc. 7.

prejudice for failure to comply with L.R. 7.1(c)(1) and L.R. 7.1(d)(1)(A). Plaintiff may resubmit the motion in proper form.

DATED this 10th day of August, 2017.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge